**IN THE UNITED STATES DISTRIC COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHN ANTHONY COLE** **PLAINTIFF**

**vs.** **NO. 2:26-cv-02071-CDC**

**SHERIFF HOBE RUNION;**
**CHIEF DEPUTY JOHN MILLER;**
**CPT. JOSH HELMERT;**
**SGT. BRIAN MCGREW;**
**SGT. TIMOTHY BOYD;**
**and SGT. MIGUEL HERRERA** **DEFENDANTS**

## ANSWER

Come now the Defendants, Sheriff Hobe Runion, Chief Deputy John Miller, Cpt. Josh Helmert, Sgt. Brian McGrew, Sgt. Timothy Boyd, and Sgt. Miguel Herrera, in their individual and official capacities, and for their Answer to Plaintiff's Complaint states the following:

1. The Defendants deny, as pleaded, the allegations in the Plaintiff's Complaint.

2. The Defendants respectfully demand a jury trial on all genuine issues of material fact.

3. The Defendants specifically and expressly deny each and every allegation not specifically and expressly admitted in this Answer.

4. The Defendants assert and reserve the right to file an amended Answer or other appropriate pleadings and to allege any affirmative defenses that might be available after a reasonable opportunity to investigate the allegations set forth in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

5. The Defendants assert the following affirmative defenses:

   A. Punitive damages immunity, *see City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 69 L.Ed.2d 616, 101 S.Ct. 2748 (1981);

   B. Qualified immunity, *see, e.g., Pearson v. Callahan,* 555 U.S. 223 (2009);

C. Immunity from "suit for damages," tort immunity and statutory tort immunity, *see, e.g.,* Ark. Code Ann. §21-9-301;

D. Sovereign immunity;

E. Vicarious liability/respondeat superior immunity and statutory vicarious liability/respondeat superior immunity, *see* Ark. Code Ann. § 21-9-301;

F. The Defendants are not the proper parties to a tort action in any event, *see* Ark. Code Ann. § 23-79-210;

G. Justification in every applicable form;

H. Privilege in every applicable form;

I. Mootness, as applicable;

J. Waiver/Estoppel/Laches, as applicable;

K. Offset/Setoff;

L. No constitutional liability for negligence;

M. Assumption of Risk, as applicable;

N. Unclean Hands, as applicable;

O. No subject matter jurisdiction;

P. No standing, as applicable;

Q. Comparative Fault and Contributory Negligence by the Plaintiff;

R. The Defendants avail themselves of all applicable defenses under Rules 8 and 12 of the Federal Rules of Civil Procedure;

S. All applicable immunities and the acquired immunity doctrine, as applicable;

T. Self defense and defense of others, as applicable;

U. Common defense doctrine, as applicable;

V. *Heck v. Humphrey* and collateral estoppel and res judicata, as applicable;

W. The Plaintiff has failed to state a claim upon which relief can be granted;

X. The Defendants avail themselves of all statute of limitations defenses applicable to this claim, including, but not limited to Ark. Code Ann. 16-56-101, *et seq.*;

Y. The Defendants reserve and preserve the right to assert any available counterclaims and/or third-party claims under Fed. R. Civ. Proc. 13 & 14;

Z. The Defendants avail themselves of all applicable provisions of the Prison Litigation Reform Act (PLRA), including, but not limited to any applicable restrictions on attorneys' fees, the exhaustion of remedies requirement, and the proof of physical injury requirement.

WHEREFORE, the Defendants pray that the Plaintiff's Complaint be dismissed and for any and all other just and proper relief to which they may be entitled.

Respectfully submitted,

SHERIFF HOBE RUNION; CHIEF DEPUTY JOHN MILLER; CPT. JOSH HELMERT; SGT. BRIAN MCGREW; SGT. TIMOTHY BOYD; and SGT. MIGUEL HERRERA, in their individual and official capacities, *Defendants*

Kaylen S. Lewis
Ark. Bar. No. 2012254
OWENS & PARKER LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1160 Markham St., Ste. 2
Conway, Arkansas 72032

Telephone: (501) 764-4334
Telefax: (501) 764-9173
Email: lewis@jowenslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I am mailing the document by United States Postal Service to the following non-CM/ECF participant:

John Anthony Cole
ADC #371593
Arizona State Prison Complex
Lewis, Rast Max
P.O. Box 70
Buckeye, AZ 85326

/s/ Kaylen S. Lewis
Kaylen S. Lewis