John Anthony Cole, ADCRR #371593
ASPC: Lewis Rast max Unit
801 E. Jefferson St.
Phoenix, AZ 85034

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

AUG 03 2026

Mistee Aaron
By ________
Deputy Clerk

In the United States District Court
Western District of Arkansas
Fort Smith Division

John Anthony Cole — Plaintiff

v. — Civil No. 2:26-cv-02071-CDC

Hobe Runion, et al., — Defendants

## Plaintiff's Notice of Substitution

Comes now before this Court, Pro Se Plaintiff in the above captioned civil action to provide Notice of substitution for an Unknown Named John Doe Defendant. Plaintiff also petitions this Court to provide Effective Service through the U.S. Marshal's Services to serve Notice of lawsuit & Request for Waiver of Service of summons forms; U.S. Marshal Service forms (USM-285) upon the now named Defendants to this action.

# Substitution of John Doe Defendants

• Claim 1: Excessive Force. U.S. Constitutional 8th; 14th Amendments

Defendant:
Unknown Named John Doe #1 Corporal. Sub: Corporal Carl Burcham

Defendant:
Unknown Named John Doe #2 Sub. SCSO Deputy Jailer, A. Dumas

• Claim 2: Illegal Seizure: U.S. Constitutional 4th; 14th Amendments

Defendant:
Unknown Named John Doe #1 Corporal. Sub: Corporal Carl Burcham

Defendant:
Unknown Named John Doe #2 Sub: SCSO Deputy Jailer, A. Dumas

• Claim 3: Failure to Intervene: U.S. Constitutional 8th; 14th Amendment

Defendant:
Unknown Named John Doe #1 Corporal. Sub: Corporal Carl Burcham

Defendant:
Unknow Named John Doe #2 Sub: SCSO Deputy Jailer, A. Dumas

• Claim 9: Equal Protection Violation: U.S. Constitutional 14th; 8th
42 USCS § 1983 Civil Rights; 42 USCS § 1985(3) Civil Conspiracy

Defendant
Unknown Named John Doe #1 Corporal. Sub: Corporal Carl Burcham

Defendant
Unknown Named John Doe #2 Sub: SCSO Deputy Jailer, A. Dumas

• Defendant: Burcham, Carl
Corporal Sebastian County Detention Center
800 South 'A' Street
Fort Smith, AR 72901

• Defendant: Dumas, A
Officer First Class (OFC) Sebastian County Detention Center
800 South 'A' Street
Fort Smith, AR 72901

Respectfully Submitted on this 28th day of July, 2026, by John Anthony Cole

[signature]

## Certificate of Service

I, John Anthony Cole, do hereby certify that the foregoing Notice to the Court has been delivered to the ADCRR Legal mail Department on this 28th day of July, 2026, for U.S. Postal Service 1st Class mail.

[signature]

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate John Anthony Cole
ADC # 371593
Arizona State Prison Complex Lewis
Unit RAST MAX
801 E. Jefferson St
City Phoenix AZ 85034
(For International Use Only)

US POSTAGE IMI PITNEY BOWES
ZIP 85326 $ 000.78[0]
02 4W
0000386030 JUL. 28. 2026

Received WD/AR
AUG 03 2026
U.S. Clerk's Office

United States District Court
Western District of Arkansas
c/o Office of the Clerk
35 E. Mountain, Room 510
Fayetteville, AR 72701

72701$5353 C005