IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN ANTHONY COLE PLAINTIFF

vs. NO. 2:26-cv-02071-CDC

SHERIFF HOBE RUNION;
CHIEF DEPUTY JOHN MILLER;
CPT. JOSH HELMERT;
SGT. BRIAN MCGREW;
SGT. TIMOTHY BOYD;
and SGT. MIGUEL HERRERA DEFENDANTS

**NOTICE OF APPEARANCE**

Comes now, Joey McCutchen, of McCutchen and Napurano- The Law Firm, and hereby enters his appearance as Counsel on behalf of the Plaintiff John Anthony Cole.

Respectfully submitted,

Joey McCutchen ABA #88045
Attorney at Law
McCutchen Napurano – The Law Firm
Fort Smith, AR 72902-1971
Phone (479) 783-0036
Facsimile (479) 783-5168

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I have served counsel of record in the foregoing matter with a copy of this pleading by electronic filing on all parties.

Joey McCutchen