IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN ANTHONY COLE PLAINTIFF

v. Civil No. 2:26-cv-02071-CDC

HOBE RUNION;
JOHN MILLER;
JOSH HELMERT;
BRIAN McGREW;
TIMOTHY BOYD;
MIGUEL HERRERA;
CORPORAL CARL BURCHAM;
DEPUTY JAILER A. DUMAS;
JOHN DOES 3-7;
LAVERSA MORRIS DEFENDANTS

**ORDER**

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve Defendants. Defendants Burcham and Dumas may be served at the Sebastian County Detention Center, 801 South A Street, Fort Smith, AR 72901.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**DATED** this **26th day of August 2026**

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE