**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FT. SMITH DIVISION**

**JOHN ANTHONY COLE** **PLAINTIFF**
**ADCRR #371593**

**v.** **No. 2:26-cv-02071-CDC**

**HOBE RUNION; et al.** **DEFENDANTS**

---

**AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION ISSUE**

---

COMES NOW Defendant LaVersa Morris, R.N. ("Defendant"), by and through her undersigned counsel, for her Agreed Motion for Extension of Time to File Motion for Summary Judgment on Exhaustion Issue, states:

1. Plaintiff filed the instant case alleging constitutional injury and a right to recover from the Defendant under 42 U.S.C. § 1983 for alleged injuries he claims to have suffered during his incarceration within the Sebastian County Detention Center ("SCDC").

2. On July 23, 2026, the Court entered an Order stating that Defendant has until September 21, 2026, to file a motion for summary judgment on the issue of whether Plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. Doc. 21.

3. Defendant intends to file a motion for summary judgment on the exhaustion issue. Due to the extensive documents regarding Plaintiff's incarceration, administrative segregation, and the numerous deputies involved in checking on Plaintiff, Defendant requests more time to obtain and organize the documents and testimony relevant to her

motion, including a legible copy of a handwritten note Plaintiff passed to a SCDC deputy on or around May 24, 2025.

4. Defendant has contacted Plaintiff's counsel to determine whether he is opposed or not opposed to this motion pursuant to Local Rule 6.2. Plaintiff's counsel has agreed to a three-week extension.

5. Therefore, Defendant requests an additional three weeks, up to and including Monday, October 12, 2026, in which to file her motion for summary judgment on the issue of exhaustion.

WHEREFORE, Defendant LaVersa Morris, R.N., prays that her Agreed Motion for Extension of Time to File Motion for Summary Judgment on Exhaustion Issue be granted, that she be allowed up to and including Monday, October 12, 2026, in which to file her motion for summary judgment on the issue of exhaustion, and for all other appropriate relief.

Respectfully submitted,

Chris Stevens (2012289)
Garrett Bannister (2023159)
**HALL BOOTH SMITH, P.C.**
200 River Market Avenue, Suite 500
Little Rock, Arkansas 72201
Telephone: (501) 214-3499
E-MAIL: cstevens@hallboothsmith.com
gbannister@hallboothsmith.com

*Attorneys for Separate Defendant LaVersa Morris, R.N.*

**CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of September, 2026, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing, and based on the record on file the Clerk will transmit a Notice of Electronic Filing to all ECF Registrants.

*/s/ Chris Stevens*
Chris Stevens