**IN THE UNITED STATES DISTRIC COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHN ANTHONY COLE** **PLAINTIFF**

**vs.** **NO. 2:26-cv-02071-CDC**

**SHERIFF HOBE RUNION;**
**CHIEF DEPUTY JOHN MILLER;**
**CPT. JOSH HELMERT;**
**SGT. BRIAN MCGREW;**
**SGT. TIMOTHY BOYD;**
**and SGT. MIGUEL HERRERA** **DEFENDANTS**

**MOTION FOR SUMMARY JUDGMENT REGARDING THE ISSUE OF EXHAUSTION**

Come Now, Defendants, and for his Motion for Summary Judgment Regarding the Issue of Exhaustion herein state and allege:

1. The Plaintiff filed his Complaint in this case on May 12, 2026 (Doc. #1), alleging, under 42 U.S.C. §1983 that the County Defendant violated his constitutional rights during his incarceration at the Sebastian County Detention Center. The Plaintiff alleges that the County Defendant subjected him to excessive force, medical negligence, illegal seizure, unconstitutional conditions of confinement, failed to intervene, and denied him access to the Courts following the May 9, 2025 Incident.

2. Defendants answered the Complaint, denied Plaintiff's allegations, and asserted various affirmative defenses including Plaintiff's failure to comply with the mandatory exhaustion requirement of the Prison Litigation Reform Act. Doc. No. 20.

3. Defendants now move for summary judgment pursuant to Fed. R. Civ. P. 56 and the PLRA because Plaintiff failed to properly administratively exhaust the claim he makes in the current lawsuit.

4. Defendants filed contemporaneously herewith a Statement of Facts and a Brief in Support of the instant motion which are incorporated herein by reference as if repeated word for word pursuant to Fed. R. Civ. P. 10(c).

5. Based on the foregoing, the exhibits to the motion, the Statement of Facts, and the Brief in Support, Defendants are entitled to summary judgment for Plaintiff's failure to exhaust administrative remedies pursuant to the PLRA. There are no undisputed material facts and Defendants are entitled to judgment as a matter of law.

6. Defendants reserve and retain all of their prior denials to the Complaint, defenses, and affirmative defenses and do not waive those denials and defenses by filing the instant motion for summary judgment on the issue of exhaustion under the PLRA.

7. Plaintiff's lawsuit should be dismissed for the reasons stated herein and in the Statement of Facts and accompanying Brief in Support.

WHEREFORE, Defendants request the Court to dismiss the instant action and for all other just and proper relief to which they have shown entitlement.

Respectfully submitted,

SHERIFF HOBE RUNION; CHIEF DEPUTY JOHN MILLER; CPT. JOSH HELMERT; SGT. BRIAN MCGREW; SGT. TIMOTHY BOYD; and SGT. MIGUEL HERRERA, in their individual and official capacities, *Defendants*

Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address: 1160 Markham St., Ste. 2
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com