**IN THE UNITED STATES DISTRIC COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHN ANTHONY COLE**

**PLAINT**

**IFF**

**vs.** **NO. 2:26-cv-02071-CDC**

**SHERIFF HOBE RUNION;**
**CHIEF DEPUTY JOHN**
**MILLER; CPT. JOSH**
**HELMERT;**
**SGT. BRIAN MCGREW;**
**SGT. TIMOTHY BOYD;**
**and SGT. MIGUEL HERRERA**
**DEFENDANTS**

**STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1. The Plaintiff was incarcerated at the Sebastian County Detention Center at all times relevant to the claims in the Complaint, from May 9, 2025, to June 2, 2025. *See Affidavit of Ed Smith; attached as Exhibit A*.

2. During Plaintiff's incarceration, the Sebastian County Detention Center had a grievance policy in place. *See Affidavit of Ed Smith*.

3. The Plaintiff had access to the grievance kiosk and/or paper grievances and failed to file any throughout his incarceration. *See Affidavit of Ed Smith*.

4. That the Plaintiff had access to the grievance kiosk and/or paper grievances from May 9, 2025, to June 2, 2025 (outside of May 14, 2025, to May 22, 2025, when the Plaintiff was denied access to the tablet by the Criminal Judge) and failed to file any grievances during that time period regarding the claims in his Complaint. *See Affidavit of Ed Smith*.

Respectfully submitted,

Respectfully submitted,

SHERIFF HOBE RUNION; CHIEF DEPUTY JOHN MILLER; CPT. JOSH HELMERT; SGT. BRIAN MCGREW; SGT. TIMOTHY BOYD; and SGT. MIGUEL HERRERA, in their individual and official capacities, *Defendants*

Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address: 1160 Markham St., Ste. 2
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com