**IN THE UNITED STATES DISTRIC COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHN ANTHONY COLE** **PLAINTIFF**

**vs.** **NO. 2:26-cv-02071-CDC**

**SHERIFF HOBE RUNION;**
**CHIEF DEPUTY JOHN MILLER;**
**CPT. JOSH HELMERT;**
**SGT. BRIAN MCGREW;**
**SGT. TIMOTHY BOYD;**
**SGT. MIGUEL HERRERA;**
**and CPL. CARL BURCHAM** **DEFENDANTS**

**ANSWER**

Comes now the Defendant, Cpl. Carl Burcham, in his individual and official capacities, and for their Answer to Plaintiff's Complaint states the following:

1. The Defendant denies, as pleaded, the allegations in the Plaintiff's Complaint.

2. The Defendant respectfully demands a jury trial on all genuine issues of material fact.

3. The Defendant specifically and expressly denies each and every allegation not specifically and expressly admitted in this Answer.

4. The Defendant asserts and reserves the right to file an amended Answer or other appropriate pleadings and to allege any affirmative defenses that might be available after a reasonable opportunity to investigate the allegations set forth in Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

5. The Defendant asserts the following affirmative defenses:

   A. Punitive damages immunity, *see City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 69 L.Ed.2d 616, 101 S.Ct. 2748 (1981);

   B. Qualified immunity, *see, e.g., Pearson v. Callahan,* 555 U.S. 223 (2009);

C. Immunity from "suit for damages," tort immunity and statutory tort immunity, *see, e.g.,* Ark. Code Ann. §21-9-301;

D. Sovereign immunity;

E. Vicarious liability/respondeat superior immunity and statutory vicarious liability/respondeat superior immunity, *see* Ark. Code Ann. § 21-9-301;

F. The Defendant is not the proper parties to a tort action in any event, *see* Ark. Code Ann. § 23-79-210;

G. Justification in every applicable form;

H. Privilege in every applicable form;

I. Mootness, as applicable;

J. Waiver/Estoppel/Laches, as applicable;

K. Offset/Setoff;

L. No constitutional liability for negligence;

M. Assumption of Risk, as applicable;

N. Unclean Hands, as applicable;

O. No subject matter jurisdiction;

P. No standing, as applicable;

Q. Comparative Fault and Contributory Negligence by the Plaintiff;

R. The Defendant avails himself of all applicable defenses under Rules 8 and 12 of the Federal Rules of Civil Procedure;

S. All applicable immunities and the acquired immunity doctrine, as applicable;

T. Self defense and defense of others, as applicable;

U. Common defense doctrine, as applicable;

V. *Heck v. Humphrey* and collateral estoppel and res judicata, as applicable;

W. The Plaintiff has failed to state a claim upon which relief can be granted;

X. The Defendant avails himself of all statute of limitations defenses applicable to this claim, including, but not limited to Ark. Code Ann. 16-56-101, *et seq.*;

Y. The Defendant reserves and preserves the right to assert any available counterclaims and/or third-party claims under Fed. R. Civ. Proc. 13 & 14;

Z. The Defendant avails himself of all applicable provisions of the Prison Litigation Reform Act (PLRA), including, but not limited to any applicable restrictions on attorneys' fees, the exhaustion of remedies requirement, and the proof of physical injury requirement.

WHEREFORE, the Defendant prays that the Plaintiff's Complaint be dismissed and for any and all other just and proper relief to which they may be entitled.

Respectfully submitted,
CPL. CARL BURCHAM, in his individual and official capacities, *Defendants*

Kaylen S. Lewis
Ark. Bar. No. 2012254
OWENS & PARKER LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1160 Markham St., Ste. 2
Conway, Arkansas 72032
Telephone: (501) 764-4334
Telefax: (501) 764-9173
Email: lewis@jowenslawfirm.com