**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**JOHN ANTHONY COLE** **PLAINTIFF**

**v.** **Case No. 2:26-cv-02071-CDC**

**HOBE RUNION; et al.** **DEFENDANTS**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT REGARDING EXHAUSTION**

COMES NOW Plaintiff John Anthony Cole, by and through his undersigned counsel, and for his Motion for Extension of Time to Respond to the County Defendants' Motion for Summary Judgment Regarding Exhaustion, states as follows:

1. On July 23, 2026, the Court entered an Order directing Defendants who intended to pursue an affirmative defense based upon failure to exhaust administrative remedies under the Prison Litigation Reform Act to file a motion for summary judgment addressing that issue. The Court further stayed all discovery pending resolution of the exhaustion issue. Doc. 21. The deadline to file such a motion was September 21, 2026.

2. On September 21, 2026, Defendants Hobe Runion, John Miller, Josh Helmert, Brian McGrew, Timothy Boyd, and Miguel Herrera filed a Motion for Summary Judgment Regarding the Issue of Exhaustion, together with a supporting brief, statement of facts, and extensive evidentiary materials. Docs. 31-33.

3. On September 21, 2026, Separate Defendant LaVersa Morris, R.N., filed an Agreed Motion for Extension of Time to file her own motion for summary judgment concerning

exhaustion. Doc. 30. Morris explained that additional time was necessary because of the extensive records concerning Plaintiff's incarceration and administrative segregation and because additional documents and testimony remained to be obtained and organized.

4. Morris has been granted through October 12, 2026, to file her motion for summary judgment regarding exhaustion.

5. The exhaustion issues raised by Morris may overlap with those raised by the County Defendants, but Morris may also rely on additional arguments or evidence. Requiring Plaintiff to respond before Morris files her motion would likely result in duplicative and piecemeal briefing on the same exhaustion issue.

6. Plaintiff also needs sufficient time after the complete exhaustion record has been presented to confer with Plaintiff, review the additional evidence relied upon by Morris, and determine whether limited relief under Federal Rule of Civil Procedure 56(d) is necessary, particularly because discovery has remained stayed by Order of the Court.

7. Plaintiff therefore requests that his deadline to respond to the County Defendants' pending Motion for Summary Judgment be extended until fourteen (14) days after Defendant Morris files her motion for summary judgment regarding exhaustion, and that Plaintiff be permitted to file a single consolidated response addressing the exhaustion motions filed by the Defendant

8. This request is made to avoid duplicative briefing, conserve the resources of the parties and the Court, and permit the exhaustion issue to be addressed on a complete record. It is not sought for purposes of unnecessary delay.

9. Pursuant to Local Rule 6.2, undersigned counsel contacted counsel for Defendants regarding the requested extension. Garrett Bannister, counsel for Separate Defendant LaVersa

Morris, R.N., advised that Morris does not oppose the requested extension. Undersigned counsel also contacted Jason Owens, counsel for the County Defendants, by email seeking their position on the requested extension, but has received no response.

WHEREFORE, Plaintiff John Anthony Cole respectfully requests that the Court extend his deadline to respond to the County Defendants' Motion for Summary Judgment Regarding Exhaustion until fourteen (14) days after Separate Defendant LaVersa Morris files her motion for summary judgment regarding exhaustion, permit Plaintiff to file a consolidated response addressing the exhaustion motions, and grant all other appropriate relief.

Respectfully submitted,

Joey McCutchen (ABA#88045)
McCutchen Napurano – The Law Firm
P.O. Box 1971
Fort Smith, AR 72902
Phone (479) 783-0036
Facsimile (479) 783-5168

CERTIFICATE OF SERVICE

This is to certify that all counsel of record have been served a copy of the following pleading through Court's electronic filing system on this 30th day of September, 2026.

Joey McCutchen