**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

JOHN ANTHONY COLE, PLAINTIFF

v. Case No. 2:26-cv-02071

HOBE RUNION, et al. DEFENDANTS

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT ON EXHAUSTION**

Plaintiff John Anthony Cole, by and through undersigned counsel, moves for an extension of time through November 17, 2026, to respond to Defendants' motions for summary judgment regarding exhaustion. In support, Plaintiff states:

1. Plaintiff's consolidated response to Defendants' exhaustion motions is presently due October 27, 2026.

2. Counsel has substantially completed the response. However, Plaintiff is incarcerated in Arizona. Counsel needs Plaintiff's signed declaration concerning his access to the grievance process at the Sebastian County Adult Detention Center in order to adequately respond to Defendants' motions.

3. The declaration must be mailed to Plaintiff, processed through the prison mail system, signed by Plaintiff, and then returned to counsel through the prison mail system. Counsel does not know how long that process will take.

4. Plaintiff therefore requests an extension through November 17, 2026. Counsel does not anticipate needing the full extension if the signed declaration is returned sooner and will file Plaintiff's response promptly upon receiving it.

WHEREFORE, Plaintiff John Anthony Cole respectfully requests that the Court extend his deadline to respond to Defendants' motions for summary judgment regarding exhaustion through and including November 17, 2026, and grant all other just and proper relief.

Respectfully submitted,

Respectfully submitted,

Joey McCutchen

Joey McCutchen (ABA#88045)
McCutchen Napurano – The Law Firm
P.O. Box 1971
Fort Smith, AR 72902
Phone (479) 783-0036
Facsimile (479) 783-5168

CERTIFICATE OF SERVICE

This is to certify that all counsel of record have been served a copy of the following pleading through Court's electronic filing system on this 22nd day of October, 2026.

Joey McCutchen

Joey McCutchen